## Holland v. Moody & Co.

APPEAL from Henry Circuit Court.

Tried before the Hon. J. R. TYSON.

W. W. SANDERS, for appellant.

ESPY & FARMER, for appellees.

Action of detinue by appellees against appellant. Judgment for plaintiffs. The defendant appeals. Judgment affirmed.
Opinion by BRICKELL, C. J.

---

## Carter v. Flowers.

APPEAL from Chancery Court of Pike.

Heard before the Hon. JERE N. WILLIAMS.

A. C. WORTHY, for appellant.

R. L. HARMON, for appellee.

Bill in equity by appellee to vacate a deed as cloud upon title. The chancellor granted the relief prayed. Decree set aside, and judgment rendered dismissing the bill.
Opinion by McCLELLAN, J.